IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASMINE MOORE,                                              No. 3:15-cv-00918-JE

          Plaintiff,

    v.

CAROLYN W. COLVIN, Acting                                   ORDER
Commissioner of Social Security,

          Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation (#22) on January 10, 2017, in which he recommends that this Court reverse the Commissioner's decision to deny Supplemental Security Income, deny the Commissioner's motion to remand for additional proceedings, and remand the action for an award of benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 - ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [22]. Accordingly, the Commissioner's decision is reversed, the Commissioner's motion to remand for additional proceedings [20] is denied, and this action is remanded to the Commissioner for an award of benefits.

IT IS SO ORDERED.

DATED this \_\_7\_\_ day of \_\_Feb\_\_, 2017.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER